1

2

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9                        SEATTLE DIVISION

10   JUNE JONES,                     Civil No. 3:21-CV-05200-MLP

11        Plaintiff,

12        vs.                         [~~PROPOSED~~] ORDER

13   COMMISSIONER OF SOCIAL SECURITY,

14        Defendant.

15         Based on the stipulation of the parties, it is ORDERED that the Commissioner's

16 decision in regard to Plaintiff's application for Supplemental Security Income benefits

17 under Title XVI of the Social Security Act be REVERSED AND REMANDED to the

18 Commissioner of Social Security for a *de novo* hearing and a new decision by an

19 administrative law judge (ALJ).  On remand, the ALJ will consider the effects of any

20 applicable acquiescence rulings (ARs), including AR 97-4(9), and *Chavez v. Bowen*, 844

21 F.2d 691 (9th Cir. 1988); re-evaluate the severity of Plaintiff's mental impairments;

22 reassess Plaintiff's residual functional capacity pursuant to 20 C.F.R. § 416.945 and

23

24

Social Security Rulings 85-16 and 96-8p; and proceed with the sequential evaluation as necessary.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 30th day of September, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Heidi L. Triesch
HEIDI L. TRIESCH
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
heidi.triesch@ssa.gov

Page 2        ORDER - [3:21-CV-05200-MLP]